UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:09−bk−06962−RTB |
|   JEFFREY WHITE | Chapter: 13 |
| *Debtor(s)* | |

| | |
|---|---|
|   JEFFREY WHITE | Adversary No.: 2:09−ap−00926−RTB |
| *Plaintiff(s)* | |
| v. | |
|   CHASE BANK<br>  et al.<br>*Defendant(s)* | |

# NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that:

A hearing in the above−entitled cause will be held at the U.S. Bankruptcy Court, 230 N. First Avenue, 7th Floor, Courtroom 703, Phoenix, AZ before the Honorable Redfield T. Baum Sr. on 8/19/09 at 09:00 AM, to consider and act upon the following matters:

DEBTOR'S MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION

Pursuant to Local Bankruptcy Rule 9013(1)(c), if this hearing is on a motion, the party responding to the motion shall have 15 days after service within which to serve and file a responsive memorandum, and the moving party shall have 10 days after service of the responsive memorandum to serve and file a reply.

**Date: August 12, 2009**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727<br>Telephone number: (602) 682−4000<br>www.azb.uscourts.gov | Clerk of the Bankruptcy Court:<br><br>**Brian D. Karth** |

# CERTIFICATE OF NOTICE

```
District/off: 0970-2          User: davisl              Page 1 of 1              Date Rcvd: Aug 12, 2009
Case: 09-00926                Form ID: vanad029         Total Noticed: 1
```

The following entities were noticed by first class mail on Aug 14, 2009.
```
pla           +JEFFREY WHITE,    17222 E PALMER WAY,    FOUNTAIN HILLS, AZ 85268-5719
```

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft            CHASE BANK
dft            TIFFANY & BOSCO, P.A.,   C/O MARK BOSCO
                                                                                             TOTALS: 2, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 14, 2009**                    **Signature:**    *Joseph Speetjens*