# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | JEFFREY WHITE | | |
| **Case Number:** | 2:09-BK-06962-RTB | **Chapter:** | 13 |
| **Date / Time / Room:** | WEDNESDAY, AUGUST 19, 2009 09:00 AM   7TH FLOOR #703 | | |
| **Bankruptcy Judge:** | REDFIELD T. BAUM | | |
| **Courtroom Clerk:** | LORRAINE DAVIS | | |
| **Reporter / ECR:** | JUANITA PIERSON-WILLIAMS | | |

## *Matter:*

**ADV: 2-09-00926**

**JEFFREY  WHITE vs CHASE BANK & TIFFANY & BOSCO, P.A.**

DEBTOR'S MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION

**R / M #:**   1 / 0

## *Appearances:*

NONE

## *Proceedings:*

Hearing vacated - no appearances