UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:  Case No.: 2:09-bk-06962-RTB

JEFFREY WHITE  Chapter: 13
*Debtor(s)*

---

JEFFREY WHITE  Adversary No.: 2:09-ap-00926-RTB
*Plaintiff(s)*

v.

CHASE BANK
et al.
*Defendant(s)*

---

## CERTIFICATE OF SERVICE

I, Jeffrey L. White II, certify that I am, and at all times during the service of process, was not less than 18 years of age. I further certify that the service of the summons and a copy of the complaint was made on August 17, 2009 by:

[X] Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to: w/ copy of complaint

CHASE BANK c/o Tiffany & Bosco
2525 E. Camelback Road #300, Phoenix, AZ 85016

[ ] Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: (Describe briefly)

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: (Describe briefly)

If service of process was made by personal service, residential service, or pursuant to state law, I further certify that I am not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: August 17, 2009

_____
(Signature)

Jeffrey L. White II
(Print Name)

17222 E. Palmer Way, FtN Hills, AZ 85268
(Business Address)

_____
(City, State, Zip Code)

08/19/2009